UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO,<br><br>    Plaintiff,<br><br> v.<br><br>COUNTY OF FRESNO DEPENDENCY COURT,<br><br>    Defendant. | NO. C13-2201RAJ<br><br>ORDER OF DISMISSAL |

  The court has reviewed the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida and Plaintiff's proposed complaint. No one has objected to the R&R. The court ADOPTS the R&R (Dkt. # 3) and DISMISSES this action with prejudice. The clerk shall enter judgment and ensure that Judge Tsuchida receives notice of this order.

  DATED this 10th day of January, 2014.

                *Richard A. Jones*
                _____
                The Honorable Richard A. Jones
                United States District Court Judge

ORDER OF DISMISSAL - 1